UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN M. HARPER,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant | Civil No.  C07-5258RBL-JKA<br><br><br>ORDER FOR EXTENSION<br>OF TIME |

    Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including November 15, 2007, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including December 10, 2007, to file Plaintiff's Reply Brief.

    DATED this 16th day of October, 2007.

                                        */s/ J. Kelley Arnold*
                                        UNITED STATES MAGISTRATE JUDGE

1
2  Presented by:
3
4  s/ Daphne Banay
5  Daphne Banay
   Special Assistant U.S. Attorney
6  Attorney for Defendant
   701 Fifth Ave, Ste 2900, M/S 901
7  Seattle, WA   98104-7075
   Phone:  206-615-2113
8  Fax:     206-615-2531
9  daphne.banay@ssa.gov
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  Page 2          ORDER - 3:07-CV-5258-RBL-JKA