UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN M. HARPER,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C07-5258RBL<br><br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will hold a hearing; the ALJ will give further consideration to the examining source opinions, including the opinion evidence provided by Dr. Krueger (Tr. 193-200), Dr. Bremer (Tr. 206-209), and Dr. Wheeler (Tr. 210-213, 264-267, 310-313), and the ALJ will clearly explain the weight given to such

Page 1     ORDER- [3:07-CV-5258-RBL-JKA]

opinion evidence and the reasons for such weight; the ALJ will give further consideration to the nonexamining source opinions, including the opinion evidence provided by Dr. Lewis and Dr. Callingwood (Tr. 248-251), Dr. Lysak (Tr. 274-277), and Dr. Clifford (Tr. 306-308), and the ALJ will clearly explain the weight given to such opinion evidence and the reasons for such weight; as appropriate, the Administrative Law Judge may request the examining sources to provide additional evidence and/or further clarification of the opinions and medical source statements about what Plaintiff can still do despite the impairments (20 C.F.R. § 416.912); the ALJ will further consider the lay evidence in the record, specifically, the information from Gregory Grunert (Tr. 89-97), Jim Harper (Tr. 98-106), and Earl Campbell (Tr. 137-145) and the ALJ's hearing decision will provide rationale which shows the lay information was considered when assessing Plaintiff's credibility, articulate the weight that was given to the lay information in the record, and if rejected, provides reasons that are germane to each lay source; the ALJ will further evaluate Plaintiff's residual functional capacity; and, if warranted by the expanded record, the ALJ will obtain evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base.

///

///

///

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g)

DATED this 29th day of October, 2007.

                                             *Ronald B. Leighton*
                                             RONALD B. LEIGHTON
                                             UNITED STATES DISTRICT JUDGE

Recommended for Entry:


*/s/ J. Kelley Arnold*_____
UNITED STATES MAGISTRATE JUDGE



Presented by:

s/ Daphne Banay_____
Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2113
Fax:      206-615-2531
daphne.banay@ssa.gov

Page 3        ORDER- [3:07-CV-5258-RBL-JKA]