# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEVEN M. HARPER

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5258RBL

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's attorney Eitan Kassel Yanich is hereby awarded EAJA fees of $3,448.03 and expenses in the sum of $26.19 pursuant to 28 U.S.C. §2412, payable from the Judgment Fund pursuant to 31 U.S.C. §1304.


January 3, 2008                                                             BRUCE RIFKIN
                                                                                                       Clerk


                                                                                  *s/Caroline M. Gonzalez*
                                                                                   Deputy Clerk